```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04559-HWV
Charles Howard Sargent                                          Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: karendavi          Page 1 of 2            Date Rcvd: Jun 12, 2018
                               Form ID: ntcnfhrg        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
```
db              Charles Howard Sargent,    376 Maryland Ave,    York, PA  17404-2633
cr             +AmeriCredit Financial Services, Inc dba GM Financi,    P O Box 183853,
                 Arlington, TX 76096-3853
5015729       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
4987426         Arcadia Recovery Bureau Llc,    PO Box 70256,    Philadelphia, PA  19176-0256
4987428       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998-2235)
4987427        +Bac Home Loans Serv Lp,    4909 Savarese Circle FL 1-908-01-47,    Tampa, FL 33634-2413
4987429        +Bank Of America,    Po Box 31785,    Tampa, FL 33631-3785
4987430         Citibank N.A NTB,    Po Box 722910 United Recovery Systems LP,    Houston, TX  77272-2910
4987425         DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA  17401-1450
4987433        +GM Financial,    Po Box 99605,    Arlington, TX 76096-9605
4987431        +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
4987435         Medstar Union Memorial Hospital,    Po Box 418786,    Boston, MA  02241-8786
4987437         National Tire & Bt/Cbna,    Po Box 6497,    Sioux Falls, SD  57117-6497
4987438        +Oss Health - P,    1855 Powder Mill Rd,    York, PA 17402-4723
4987439         Peerless Credit Service Inc,    PO Box 518,    Middletown, PA  17057-0518
4987440        +Physician Billing Services,    1803 Mt Rose Ave Suite B3,    York, PA 17403-3051
4987424         Sargent Charles Howard,    376 Maryland Ave,    York, PA  17404-2633
4987444        +USAA Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600
4987443        +USAA Savings Bank,    Po Box 33009,    San Antonio, TX 78265-3009
4987445         Wellspan Health,    Po Box 742641,    Cincinnati, OH  45274-2641
4987447        +Wellspan Medical Group,    2491 Paxton Street,    National Recovery Agency,
                 Harrisburg, PA 17111-1036
4987448         Wellspan Physician Billing,    PO Box 742641,    Cincinnati, OH  45274-2642
4987449        +Wellspan Surgery & Rehab Hosp,    55 Monument Rd,    York, PA 17403-5023
4987451         York Hospital,    Po Box 1388 Financial Recoveries,    Mt Laurel, NJ  08054-7388
4987453        +York Hospital,    2491 Paxton Street,    National Recovery Agency,    Harrisburg, PA 17111-1036
4987450        +York Hospital,    1001 S George St,    York, PA 17403-3645
4987452        +York Hospital,    645 Penn St Arcadia Recovery Bureau,    Reading, PA 19601-3543
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4987434         E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 12 2018 19:22:49      Honda Financial Services,
                 PO Box 7829,    Philadelphia, PA  19101-7829
5047661         E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 12 2018 19:22:49
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
4987436        +E-mail/Text: Bankruptcies@nragroup.com Jun 12 2018 19:23:15      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
4987441        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 12 2018 19:22:57      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
4987442         E-mail/Text: bankruptcyteam@quickenloans.com Jun 12 2018 19:22:57      Quicken Loans Inc,
                 20555 Victor Pkwy,    Livonia, MI  48152-7031
5064380        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 12 2018 19:22:57      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4987432*        GM Financial,    PO Box 181145,    Arlington, TX  76096-1145
4987446*       +Wellspan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                             Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
     D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
    James Warmbrodt    on behalf of Creditor    Quicken Loans Inc bkgroup@kmllawgroup.com
    Jodi L Hause    on behalf of Creditor    BANK OF AMERICA, N.A. jodi.hause@phelanhallinan.com,
     pamb@fedphe.com
    Keith B DeArmond    on behalf of Debtor 1 Charles Howard Sargent general.dearmondlaw@gmail.com,
     G10924@notify.cincompass.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                    TOTAL: 6

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Charles Howard Sargent,<br>aka Chip Sargent, | Chapter 13 |
| **Debtor 1** | Case No. 1:17–bk–04559–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: July 18, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 12, 2018 |

ntcnfhrg (03/18)