UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES HOWARD SARGENT : CHAPTER 13
   Debtor(s) :
    :
   CHARLES J. DEHART, III :
   STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
   vs. :
    :
   CHARLES HOWARD SARGENT :
   Respondent(s) : CASE NO. 1-17-bk-04559

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

  AND NOW, this 7th day of June, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

  1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

   a. Residential real estate

  2. Debtor(s) have failed to file a Chapter 13 Means Test (Form 122C) as required.

  3. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

   a. Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement.

  WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

  Respectfully submitted:


/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  18th  day of June, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Keith DeArmond, Esquire
18 South George Street, Ste. 610
York, PA   17401

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee