UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CHARLES HOWARD SARGENT    :  CHAPTER 13
        Debtor(s)                 :
                                  :
        CHARLES J. DEHART, III    :
        STANDING CHAPTER 13 TRUSTEE :
        Movant                    :
                                  :
        vs.                       :
                                  :
        CHARLES HOWARD SARGENT    :
        Respondent(s)             :  CASE NO.   1-17-bk-04559


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this   20th   day of July, 2018, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about June 18, 2018 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097


CERTIFICATE OF SERVICE

AND NOW, this   20th   day of July, 2018, I hereby certify that I have served the
within Motion by electronically notifying parties or by depositing a true and correct copy of the
same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Keith DeArmond, Esquire
18 South George Street, Ste. 610
York, PA   17401

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee