```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 17-04559-HWV
Charles Howard Sargent                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: Mar 14, 2019
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
5074578        BANK OF AMERICA, N.A.,    PO BOX 31785,   Tampa FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
        D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
        James Warmbrodt    on behalf of Creditor    Quicken Loans Inc bkgroup@kmllawgroup.com
        Jodi L Hause    on behalf of Creditor    BANK OF AMERICA, N.A. jodi.hause@phelanhallinan.com,
        pamb@fedphe.com
        Keith B DeArmond    on behalf of Debtor 1 Charles Howard Sargent general.dearmondlaw@gmail.com,
        G10924@notify.cincompass.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-04559-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles Howard Sargent
376 Maryland Ave
York PA 17404-2633

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/16/19

Terrence S. Miller
**CLERK OF THE COURT**