# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    CHARLES HOWARD SARGENT                      Case No.: 1-17-04559-HWV

                                                                                Chapter 13

                Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 0063/PRE ARREARS/376 MARYLAND AVE |
| Property Address if applicable: | 376 MARYLAND AVE., , YORK, PA17404-2633 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $192.95 |
| b. | Prepetition arrearages paid by the Trustee: | $192.95 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $192.95 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021                                Respectfully submitted,

                                                      s/ Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee
                                                      Suite A, 8125 Adams Drive
                                                      Hummelstown, PA 17036
                                                      Phone: (717) 566-6097
                                                      Fax: (717) 566-8313
                                                      eMail: info@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 05

```
  CLM #    CHECK #        DATE       PRIN PAID      INT PAID     TOTAL DISB

  5200     1222844     10/15/2020      $95.00        $0.00         $95.00
  5200     1224628     12/10/2020      $97.95        $0.00         $97.95
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHARLES HOWARD SARGENT    Case No.: 1-17-04559-HWV
                          Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| KEITH B. DeARMOND, ESQUIRE<br>2951 WHITEFORD ROAD<br>SUITE 101<br>YORK PA, 17402-7624 | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING<br>8742 LUCENT BLVD<br>SUITE 300<br>HIGHLANDS RANCH, CO, 80129 | SERVED BY 1ST CLASS MAIL |
| CHARLES HOWARD SARGENT<br>376 MARYLAND AVE.<br>YORK, PA 17404-2633 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com