In re:  
Charles Howard Sargent  
    Debtor

Case No. 17-04559-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 22, 2021 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charles Howard Sargent, 376 Maryland Ave, York, PA 17404-2633 |
| cr | + | Towd Point Master Funding Trust 2018-PM27, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Towd Point Mortgage Trust Asset-Backed, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4987426 | | Arcadia Recovery Bureau Llc, PO Box 70256, Philadelphia, PA 19176-0256 |
| 4987430 | | Citibank N.A NTB, Po Box 722910 United Recovery Systems LP, Houston, TX 77272-2910 |
| 4987435 | | Medstar Union Memorial Hospital, Po Box 418786, Boston, MA 02241-8786 |
| 4987437 | | National Tire & Bt/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4987438 | + | Oss Health - P, 1855 Powder Mill Rd, York, PA 17402-4723 |
| 4987439 | | Peerless Credit Service Inc, PO Box 518, Middletown, PA 17057-0518 |
| 4987440 | + | Physician Billing Services, 1803 Mt Rose Ave Suite B3, York, PA 17403-3051 |
| 4987424 | | Sargent Charles Howard, 376 Maryland Ave, York, PA 17404-2633 |
| 5171707 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4987445 | | Wellspan Health, Po Box 742641, Cincinnati, OH 45274-2641 |
| 4987447 | + | Wellspan Medical Group, 2491 Paxton Street, National Recovery Agency, Harrisburg, PA 17111-1036 |
| 4987448 | | Wellspan Physician Billing, PO Box 742641, Cincinnati, OH 45274-2642 |
| 4987449 | + | Wellspan Surgery & Rehab Hosp, 55 Monument Rd, York, PA 17403-5023 |
| 4987450 | + | York Hospital, 1001 S George St, York, PA 17403-3645 |
| 4987451 | | York Hospital, Po Box 1388 Financial Recoveries, Mt Laurel, NJ 08054-7388 |
| 4987452 | + | York Hospital, 645 Penn St Arcadia Recovery Bureau, Reading, PA 19601-3543 |
| 4987453 | + | York Hospital, 2491 Paxton Street, National Recovery Agency, Harrisburg, PA 17111-1036 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jun 22 2021 22:48:00 | AmeriCredit Financial Services, Inc dba GM Financi, P O Box 183853, Arlington, TX 76096-3853 |
| 4987434 | | EDI: HNDA.COM | Jun 22 2021 22:48:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 5047661 | | EDI: HNDA.COM | Jun 22 2021 22:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5015729 | | EDI: PHINAMERI.COM | Jun 22 2021 22:48:00 | AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4987428 | | EDI: BANKAMER.COM | Jun 22 2021 22:48:00 | Bank Of America, Po Box 982238, EL Paso, TX 79998-2235 |
| 5074578 | | EDI: BANKAMER.COM | Jun 22 2021 22:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 4987427 | + | EDI: BANKAMER.COM | Jun 22 2021 22:48:00 | Bac Home Loans Serv Lp, 4909 Savarese Circle FL 1-908-01-47, Tampa, FL 33634-2413 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4987429 | + | EDI: BANKAMER.COM | Jun 22 2021 22:48:00 | Bank Of America, Po Box 31785, Tampa, FL 33631-3785 |
| 4987433 | + | EDI: PHINAMERI.COM | Jun 22 2021 22:48:00 | GM Financial, Po Box 99605, Arlington, TX 76096-9605 |
| 4987431 | + | EDI: PHINAMERI.COM | Jun 22 2021 22:48:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 4987436 | + | Email/Text: Bankruptcies@nragroup.com | Jun 22 2021 18:50:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4987441 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 22 2021 18:50:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 4987442 | | Email/Text: bankruptcyteam@quickenloans.com | Jun 22 2021 18:50:00 | Quicken Loans Inc, 20555 Victor Pkwy, Livonia, MI 48152-7031 |
| 5064380 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 22 2021 18:50:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 4987443 | + | EDI: USAA.COM | Jun 22 2021 22:48:00 | USAA Savings Bank, Po Box 33009, San Antonio, TX 78265-3009 |
| 5074950 | + | Email/Text: bncmail@w-legal.com | Jun 22 2021 18:50:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4987444 | + | EDI: USAA.COM | Jun 22 2021 22:48:00 | USAA Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4987432 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5171708 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4987446 | *+ | Wellspan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4987425 | ##+ | DeArmond & Associates of York LLC, 18 S George St Ste 610, York, PA 17401-1173 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 24, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D. Troy Sellars | on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc bkgroup@kmllawgroup.com |
| Jodi Hause | on behalf of Creditor BANK OF AMERICA N.A. jodi.hause@usdoj.gov, pamb@fedphe.com |
| Keith B DeArmond | on behalf of Debtor 1 Charles Howard Sargent general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles Howard Sargent | Social Security number or ITIN xxx–xx–0465 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–04559–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Howard Sargent
aka Chip Sargent

6/22/21

**By the court:** *[signature] Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**