

## U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Charles Howard Sargent, Case Number: 17-04559, HWV, Ref: [p-166079257]

1 message

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>     Tue, Jul 6, 2021 at 4:13 PM
To: general.dearmondlaw@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

July 6, 2021

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Charles Howard Sargent, Case Number 17-04559, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**228 Walnut St, Rm 320**
**Harrisburg, PA 17101-1737**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Wellspan Health
Po Box 742641
Cincinnati, OH 45274-2641

THE UPDATED ADDRESS IS:

PO Box 15119
York PA 17405-7119

_____  _____
Signature of Debtor or Debtor's Attorney     Date: 7-7-2021

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

R_P117045593180W0249.PDF
60K

Case 1:17-bk-04559-HWV    Doc 66    Filed 07/07/21    Entered 07/07/21 11:29:39    Desc
Main Document     Page 1 of 1